Callion ROBINSON, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 69154, 69270.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 20, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 17, 1996.

Dave Hemingway, Asst. Public Defender,
St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Joanne E. Joiner, Asst. Atty. Gen., Jefferson
City, for respondent.

Before DOWD, P.J., and REINHARD and
GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule
24.035 motion for post-conviction relief with-
out an evidentiary hearing. We affirm. The
findings and conclusions of the motion court
are not clearly erroneous, and an extended
opinion would have no precedential value.
The parties have been furnished with a mem-
orandum for their information only, setting
forth the reasons for this order affirming the
judgment pursuant to Rule 84.16(b).